UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: William J. Picinich

Debtor(s).

Case No. 18-60094
Chapter 13

## LOSS MITIGATION REQUEST BY DEBTOR(S) AND CERTIFICATE OF SERVICE

**PURSUANT TO SECTION V OF THE COURT'S LOSS MITIGATION PROGRAM PROCEDURES, THE CREDITOR NAMED HEREIN HAS 14 DAYS FROM SERVICE OF THIS REQUEST TO FILE AND SERVE AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ON THE DEBTOR(S), DEBTOR(S)' ATTORNEY, AND THE CASE TRUSTEE. IF AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ARE NOT FILED, THE COURT MAY ENTER A LOSS MITIGATION ORDER.**

### I. IDENTIFICATION OF THE PROPERY AND THE PARTIES:

I am/We are the Debtor(s) in this case and hereby request to enter into the Loss Mitigation Program with respect to my/our Property located at:

Address: 1374 County Hwy 23, Walton, New York 13856

With the following Creditor:

Creditor's Name and Address:

Fannie Mae c/o Seterus, Inc.

PO Box 1047

Hartford, CT 06143

With respect to the Property, Creditor is the holder of a:

☑ First Mortgage
☐ Second Mortgage
☐ Other (please specify): _____

## II. SIGNATURE:

I understand that if the court orders Loss Mitigation in this case, I am required to comply with the Loss Mitigation Program Procedures and will participate in good faith. **I understand that Loss Mitigation is voluntary for all parties and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me.** I understand that I am not required to request dismissal of my case as part of any resolution or settlement that is offered or agreed to during Loss Mitigation. I also understand that if a Loss Mitigation Order is entered, I am responsible pursuant to section VII(B) of the Loss Mitigation Program Procedures for adjourning any matters pending between the Loss Mitigation Parties for which I am the movant. I certify that the Property in question consists only of real property used as my principal residence in which I hold an interest.

Dated: 7/17/18

_____
Debtor

Dated: _____

_____
Joint Debtor

## III. LOSS MITIGATION CONTACT INFORMATION FOR ATTORNEY FOR DEBTOR(S):

Name: Justin Myers

Title: Attorney

Firm: Barbaruolo Law Firm, P.C.

Address: 12 Cornell Road

Address 2: _____

City: Latham                                      State: NY   Zip Code: 12110

Phone No.: 518-782-9100                           Facsimile No.: 518-782-9101

Email Address: jmyers@pmblawpc.com

2

(LM 01 Request by Debtor(s) rev. 03-15-2016)

## IV. CERTIFICATE OF SERVICE:

I, Justin Myers_____, state under penalty of perjury that the following is true and accurate.

(1) That I am not a party to this action, am over 18 years of age, and reside in Latham_____, New York.

(2) That on _____, 20 18 , I served a true and accurate copy of the above Loss Mitigation Request by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:
Mark W. Swimelar, Esq. <Trustee@cnytrustee.com> Chapter 13 Trustee
Andrew Goldberg, Esq. <BKmail@rosicki.com> Atty for Fannie Mae
Ehret Van Horn, Esq. <ecfnotices@grosspolowy.com>

—by first class mail upon the following parties at the addresses listed below:




—by certified mail upon the following parties at the addresses listed below:




Dated: July 18 , 20 18
Niskayuna , New York

Name: [signature] Justin Myers

Sworn to before me this
18th day of July , 2018
[signature] Maria A. Welch
Notary Public, State of New York

MARIA A. WELCH
Notary Public, State of New York
Reg. No. 01WE4800470
Qualified in Saratoga County
Commission Expires January 31, 20 22

(LM:01 Request by Debtor(s) rev. 03-15-2016)