UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: William J. Picinich                        Case No. 18-60094
                                                  Chapter 13

                Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

## PART I — GENERAL INFORMATION

a. Full description of the Property:
1374 County Route 23, Walton, NY 13856

b. Name and address of Creditor:
Fannie Mae c/o
Seterus, Inc
PO Box 1077
Hartford, CT 06143

Name, address, and telephone number of Creditor's attorney:
Ehret Van Horn, Esq.
Gross Polowy. LLC
1775 Wehrle Drive, Ste 100
Williamsville, NY 14221

Has Creditor filed a proof of claim?

✔ Yes        No

# PART II — LOSS MITIGATION PROGRAM

a. On 7/18/2018 , a Loss Mitigation Request was filed by:

  ✔ Debtor(s).                              Other party: _____.

  ☐ Creditor.                               ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

  ✔ A Loss Mitigation Order was entered on 8/30/2018 .

  ✔ The Loss Mitigation Order was served on 8/30/2018 .

c. At this time, the Debtor(s) is/are:

  ✔ making on-going post-petition monthly mortgage payments in the amount of $ 800.00

    ☐ directly to the Creditor.

    ✔ to the standing trustee.

  ☐ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

    ☐ Yes   ✔ No

e. Creditor served a Request for Information and Documents on 9/7/2018 .

   Debtor(s) served a Response to the Creditor's Request on 10/9/2018 .

    ☐ All Information and Documents have been produced.

    ✔ The following Information and Documents are still outstanding:

      Debtor must still provide bank statements for July and September.
      _____.

f. Debtor(s) served a Request for Information and Documents on _____.

   Creditor served a Response to the Debtor(s)' Request on _____.

    ☐ All Information and Documents have been produced.

    ☐ The following Information and Documents are still outstanding:

      _____
      _____.

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g. The Loss Mitigation Parties have participated in  1   Loss Mitigation Session(s) and:

    ☐ A resolution has been reached.

    ✔ A resolution has not been reached because:

    Debtor has been unable to provide only a portion of the documents believed to be necessary for a complete application.

h. Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

    The Trustee is reserving $800 per month from the Debtor's plan payment for the benefit of the Creditor.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

Dated: 10/9/2018

/s/ Justin Myers  
Name  Justin Myers  
Firm  Barbaruolo Law Firm, P.C.  
Attorney(s) for Debtor(s)/Creditor  
Address  12 Cornell Road, Latham, NY 12110  
Telephone Number  518-782-9100  
Email Address  jmyers@pmblawpc.com  
N.D.N.Y. Bar Roll Identification No. 514959

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)